In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-03-482 CV


____________________



IN RE UNION PACIFIC RAILROAD COMPANY






Original Proceeding






MEMORANDUM OPINION (1)


 On October 15, 2003, Union Pacific Railroad Company filed its petition for writ
of mandamus. The parties subsequently resolved the dispute. On December 8, 2003, the
relator filed a motion to dismiss the petition.

 Accordingly, this original proceeding is dismissed without prejudice and without
reference to the merits.

 WRIT DISMISSED. 

 PER CURIAM


Opinion Delivered December 11, 2003 

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.